UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-61511-CIV-ALTONAGA/BROWN

**OFFICE OF THE ATTORNEY GENERAL,
DEPARTMENT OF LEGAL AFFAIRS,
STATE OF FLORIDA,**

    Plaintiff,

vs.

**COUNTRYWIDE FINANCIAL CORPORATION,**
a Delaware corporation, **COUNTRYWIDE
HOME LOANS, INC.**, a New York corporation,
and **ANGELO R. MOZILO**, individually and in
his capacity as Chief Executive Officer of Defendant
**COUNTRYWIDE FINANCIAL CORPORATION,**

    Defendants.

**PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL UNDER F.R.C.P. RULE 41(a)(1)
AS TO CORPORATE DEFENDANTS**

1.    In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, **OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, STATE OF FLORIDA**, hereby voluntarily dismisses without prejudice the Plaintiff's Complaint as to Defendants **COUNTRYWIDE FINANCIAL CORPORATION** and **COUNTRYWIDE HOME LOANS, INC.**

2.    Rule 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment …"

3.None of the Defendants in the instant proceeding has filed an answer or motion for summary judgment.

4.Plaintiff has reached a settlement of the claims against Defendants Countrywide Financial Corporation and Countrywide Home Loans, Inc.

5.Plaintiff has filed a Complaint against Defendants Countrywide Financial Corporation and Countrywide Home Loans, Inc. in the Circuit Court of the Seventeenth Judicial Circuit, Broward County, Florida, Case No. 08-55007 (18).

6.Plaintiff and Defendants Countrywide Financial Corporation and Countrywide Home Loans, Inc. have filed a Consent Judgment in the Circuit Court of the Seventeenth Judicial Circuit, Case No. 08-55007 (18), which memorializes the parties' settlement.

7.On October 15, 2008, the Court administratively closed the instant proceeding in light of the reported settlement.

Dated:  November 12, 2008Respectfully Submitted

**BILL McCOLLUM**
**Attorney General**
By:

/s/Robert R. Julian
ROBERT R. JULIAN
Bureau Chief, Economic Crimes Division
South Florida Region
FL Bar No. 262706
FULVIO JOSEPH GENTILI
FL Bar No. 37493
JACK A. NORRIS
FL Bar No. 364861
PATRICE MALLOY
FL Bar No. 137911
Assistant Attorneys General
Office of the Attorney General
110 S.E. 6th Street, Tenth Floor
Ft. Lauderdale, Florida 33301
(954) 712-4600

CERTIFICATE OF SERVICE

I hereby certify that PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL UNDER F.R.C.P. RULE 41(a)(1) AS TO CORPORATE DEFENDANTS was filed with the Clerk of the Court and upon all counsel of record on the attached Service List using the CM/ECF system or in some other authorized manner for those counsel not authorized to receive electronic Notices of Filing this 12th day of November, 2008.

                s/ Fulvio Joseph Gentili
                Fulvio Joseph Gentili, Esq.
                FL Bar No. 37493
                Office of the Attorney General
                110 S.E. 6th Street
                Ft. Lauderdale, FL 33301
                (954) 712-4600

SERVICE LIST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-61511-CIV-ALTONAGA/BROWN

Electronic Mail Notice List
    Linda Ann Conahan
    lconahan@gunster.com
    Dara Janan Carel
    dgarel@gunster.com, rbolduc@gunster.com
    Christopher William Kammerer
    ckammerer@gunster.com, lmiller@gunster.com
    John F. Mariani
    jmariani@gunster.com, lmiller@gusnter.com
    Robert Ronald Julian
    Robert.Julian@myfloridalegal.com
    Fulvio Joseph Gentili
    Fulvio.Gentili@myfloridalegal.com
    Loren Harley Cohen
    lcohen@mitrani.com

      David Siegel
      dsiegel@irell.com
      Harry Mittleman
      hmittleman@irell.com
      Ken Heitz
      kheitz@irell.com

<u>Manual Notice List</u>

John H. Beisner
O'Melveny & Myers
1625 Eye Street, NW
Washington, DC  20006-4001

Brian D. Boyle
O'Melveny & Myers
1625 Eye Street, NW
Washington, DC  20006-4001

George LeMieux
Gunster, Yoakley & Stewart, P.A.
215 S. Monroe Street, Suite 618
Tallahassee, FL   32301

Jack A. Norris, Jr.
Attorney General Office
Department of Legal Affairs
Auto Nations Tower
110 SE 6th Street, 10th Floor
Fort Lauderdale, FL   33301